# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JESSE LEE KEEL, III,<br>    **Plaintiff** | :<br>:<br>: |
| v. | :    **CIVIL ACTION NO. 19-CV-4797** |
| SETH RUTH WILLIAMS, *et al.*,<br>    **Defendants.** | :<br>: |

## ORDER

AND NOW, this 31st day of October, 2019, upon consideration of Jesse Lee Keel, III's Motion to Proceed *In Forma Pauperis* (ECF No. 1), his *pro se* Complaint (ECF No. 2), and his Motion (ECF No. 4) it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. Mr. Keel's Complaint is **DISMISSED** in its entirety for the reasons discussed in the Court's Memorandum. Mr. Keel's claims are dismissed **WITH PREJUDICE** with the exception of his claims dismissed as barred by *Heck v. Humphrey*, 512 U.S. 477 (1994), which are dismissed **WITHOUT PREJUDICE** to Mr. Keel filing a new case only in the event his convictions are reversed, vacated, or otherwise invalidated.

4. The Motion (ECF No. 4) is **DENIED**.

5. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

_____
GENE E.K. PRATTER, J.